IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                            CRIMINAL ACTION NO. 1:07cr44WJG-JMR

EDMOND C. BROWN (1), a/k/a
NICKY, a/k/a Nikki; and
BRIAN KEITH GRAY(2)

O R D E R

THIS CAUSE is before the Court on the motion [52] to dismiss property from forfeiture filed by the United States of America [United States].  Upon review of the United States' motion, as well as the record in this matter, the subject property having been either forfeited administratively, or disposed of through other court proceedings, the Court finds the motion of the United States well taken and further finds the motion should be granted.  It is therefore,

ORDERED AND ADJUDGED that the United States' motion [52] to dismiss certain properties from forfeiture proceedings included in the indictment in this matter, be and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that the following described property be dismissed from the forfeiture proceedings included in the criminal indictment in this cause:

$21,000.00 in United States Currency (07-FBI-003896).

One (1) vehicle: a 1994 Chevrolet Impala SS  Sedan bearing VIN: 1G1BN52P5RR149393 (07-FBI-003528)

One (1) vehicle: a 1998 Ford Expedition Eddie Bauer Edition bearing VIN: 1FMPU18L4WLA86570 (07-FBI-003529)

SO ORDERED AND ADJUDGED, this the 27th day of October, 2008.


*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE