IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                             **CRIMINAL NO. 1:07CR44-LG-JCG-1**

**EDMOND C. BROWN**

### ORDER DENYING MOTION FOR SENTENCE CLARIFICATION

BEFORE THE COURT is defendant Edmond C. Brown's Motion [78] for Sentence Clarification. Brown asserts that the Bureau of Prisons has calculated his sentence in this case incorrectly, because it should have begun to run on July 18, 2007. Having reviewed the record and obtained a response from the United States Probation Office, the Court finds that no additional clarification is necessary.

At Brown's sentencing hearing, the Court stated:

> It is the judgment of the Court that you're hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 168 months as to Count 1S. The term of imprisonment imposed by this judgment shall run partially consecutive and partially concurrent to the currently-being-served term in Docket Number 1:96CR57. **The sentence that I am imposing today is to begin on January 9, 2010.**

(Addendum to Tr. of Sentencing 15, ECF No. 63) (emphasis added).

The 168 month sentence imposed by the Court was subsequently reduced twice to where it now stands at 120 months. It is clear that the Bureau of Prisons was ordered to calculate Brown's sentence in this case beginning on January 9, 2010. If Brown were to serve his entire sentence, he would be released on January 9, 2020. According to the Sentence Monitoring Computation Data sheet attached to Brown's motion, he is currently projected for release on October 31, 2018, if good

conduct time applies.  (Def. Mot. Ex. D, ECF No. 78-4).  Provided he is not incarcerated longer than 120 months, Brown's precise release date is subject to Bureau of Prisons rules; it is not a sentencing matter for the Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that defendant Edmond C. Brown's Motion [78] for Sentence Clarification is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 29th day of April 2016.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge